## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>v.<br><br>PRINCETON UNIVERSITY,<br><br>        Defendant. | Civil Action No.: 17-cv-01614 (PGS)<br><br>ORDER |

This matter, having been brought before the Court on Defendant's motion to dismiss [ECF No. 18], and the Court having considered the briefs and submissions of the parties; and having heard oral argument; and for good cause having been shown;

IT IS on this  5  day of February, 2018;

ORDERED that Defendant's motion to dismiss (ECF No. 18) is GRANTED; and it is further,

ORDERED that Plaintiff may amend his Complaint with regards to Title IX of the Education Act of 1972 within thirty (30) days; however, Counts 2- 4 are dismissed with prejudice as no amendment would plausibly set forth a cause of action; and it is further,

ORDERED that the Opinion in this matter is sealed in its entirety for sixty days; and it is further,

ORDERED that counsel should confer and submit redactions, if any, to the Opinion within thirty days.

                                                                                            _____
                                                                                            PETER G. SHERIDAN, U.S.D.J.